IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIGEL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-231-SLR |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| LT. CHUDZIK, and SGT. JANET ) | |
| AYARS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 26th day of June, 2007;

IT IS ORDERED THAT:

Plaintiff's complaint is **DISMISSED without prejudice** for failure to comply with the court's May 10, 2007 order. (D.I. 4) The order notified plaintiff he was required to file: 1) a request to proceed in forma pauperis, and 2) a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The order further notified plaintiff that the documents were to be filed within thirty (30) days from the date the order was sent or the case would be dismissed. To date, the required documents have not been received from plaintiff.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE